## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VILIJON DUSTOV,                         :
               Petitioner,            :
                              :
     v.                                  :      Civ. No. 26-1428
                              :
JAMAL L. JAMISON, *et al.*,              :
               Respondents.           :
                              :

## O R D E R

**AND NOW**, this 17th day of March, 2026, it is hereby **ORDERED** that the Clerk of Court

**SHALL CLOSE** this case.

### AND IT IS SO ORDERED.


*/s/ Paul S. Diamond*
_____

**PAUL S. DIAMOND, J.**